**Opinion issued August 6, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———

**NO. 01–12–00187–CV**

———

**THOMAS DAVIS, Appellant**

**V.**

**DISCOUNT TIRE COMPANY OF TEXAS, INC., DILL AIR CONTROLS PRODUCTS, LLC, AND BRIDGESTONE AMERICAS TIRE OPERATION LLC, Appellees**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2010-14448**

---

## MEMORANDUM OPINION

Appellant Thomas Davis has failed to timely file a brief.  *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.